IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Respondent, | No. CR S-04-0471 GEB KJM |
| vs. | |
| JOSE MANUEL PARRA-ROSALES, | |
| Movant. | FINDINGS AND RECOMMENDATIONS |
| _____/ | |

      Movant is a former federal prisoner[1] proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2255.  Because movant has failed to provide the court with his address since he has been released, the court will recommend that this action be dismissed under Local Rules 11-110, 83-183(f) and Federal Rule of Civil Procedure 41(b).

      Accordingly, IT IS HEREBY RECOMMENDED that:

      1. Movant's application for writ of habeas corpus under 28 U.S.C. § 2255 be dismissed; and

      2. The clerk of the court be directed to close the companion civil case No. CIV-S-05-2330 GEB KJM P.

---

[1] A review of the Federal Bureau of Prisons website indicates that movant was released over a year ago.

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6  shall be served and filed within ten days after service of the objections.  The parties are advised
7  that failure to file objections within the specified time waives the right to appeal the District
8  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9  DATED: December 11, 2008.

_____
U.S. MAGISTRATE JUDGE

12  1
para0471.nca

2