IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                   2:04-cr-0471-GEB-KJM

    vs.

JOSE MANUEL PARRA-ROSALES,

    Movant.                                        <u>ORDER</u>

_____/

        Movant, a former federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 11, 2008, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has not filed objections to the findings and recommendations.

        Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to

///

1

keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 11, 2008, are adopted in full;

2. Movant's application for writ of habeas corpus under 28 U.S.C. § 2255 is dismissed; and

3. The clerk of the court is directed to close the companion civil case No. Civ-S-05-2330 GEB KJM P.

Dated:  February 9, 2009

GARLAND E. BURRELL, JR.
United States District Judge